McCORRISTON MILLER MUKAI MacKINNON LLP

RANDALL K. SCHMITT  #3752-0
MICHAEL H. TSUCHIDA  #4863-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone: (808) 529-7300
Email: schmitt@m4law.com; mtsuchida@m4law.com

Attorneys for Defendant
OUTFITTERS KAUAI, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CYNTHIA MCKELLAR, | CIVIL NO. |
| | (Other Non-Motor Vehicle Tort) |
| Plaintiff, | |
| | DEFENDANT OUTFITTERS |
| vs. | KAUAI, LTD.'S NOTICE OF |
| | REMOVAL; DECLARATION OF |
| OUTFITTERS KAUAI, LTD.; DOE | RANDALL K. SCHMITT; EXHIBIT |
| EMPLOYEE I; DOE COMPANY II; | "A"; CERTIFICATE OF SERVICE |
| DOE COMPANY III; DOE ENTITY | |
| IV; DOES V-X; AND ROE | |
| BUSINESS ENTITIES XI-XX, | |
| Defendants. | |

432553.1

<u>DEFENDANT OUTFITTERS KAUAI, LTD.'S DEFENDANT OUTFITTERS KAUAI, LTD.'S NOTICE OF REMOVAL</u>

TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAI'I

Please take notice that Defendant OUTFITTERS KAUAI, LTD. ("Defendant") hereby removes the above-captioned action to the U.S. District Court for the District of Hawai'i pursuant to U.S. Const. Art. III, § 2, cl. 1, 28 U.S.C. § 1333, Fed. R. Civ. P. 9(h), and 28 U.S.C. § 1441(a) from the Circuit Court of the Fifth Circuit, State of Hawai'i.

Pursuant to 28 U.S.C. § 1446(a), the Defendant sets forth the following as grounds for removal:

1. On December 9, 2021, Plaintiff Cynthia McKellar filed a Complaint in the action *Cynthia McKellar v. Outfitters Kauai, Ltd., et al.*, Case No. 5CCV-21-0000141, in the Circuit Court of the Fifth Circuit, State of Hawai'i (the "State Court Action").

2. On March 8, 2022, the State Court Action was served upon Defendant. In accordance with 28 U.S.C. § 1446(a), a copy of the process and Complaint served on Defendant are attached as Exhibit "A".

3. The Plaintiff, Cynthia McKellar, is a citizen and resident of the State of Nevada, both at the time of the filing of the Complaint and at the time of the filing of this Notice of Removal.

432553.1

4. Defendant is a Hawaiʻi limited liability company authorized to do business in the State of Hawaiʻi.

5. The Complaint attached as Exhibit "A" alleges claims of a civil nature for which the U.S. District Court for the District of Hawaiʻi has original jurisdiction based upon admiralty or maritime pursuant to U.S. Const. Art. III, § 2, cl. 1 and 28 U.S.C. § 1333.

6. Defendant's limitation of liability claim arises under 46 U.S.C. § 30501-30512 (the "Limitation Act"), for which the U.S. District Court for the District of Hawaii has exclusive jurisdiction pursuant to U.S. Const. Art. III, § 2, cl. 1, 28 U.S.C. § 1333, and Fed. R. Civ. P. 9(h).

7. Defendant owns the vessel where allegedly Plaintiff was injured.

8. Plaintiff's alleged injury occurred on a vessel in navigable waters.

9. The incident that gave rise to Plaintiff's alleged injury has a substantial relationship to traditional maritime activity and a potentially disruptive impact on maritime commerce.

10. There is admiralty jurisdiction in the United States District Court for the District of Hawaii under U.S. Const. Art. III, § 2, cl. 1, 28 U.S.C. § 1333, and Fed. R. Civ. P. 9(h) in that the claims alleged by Plaintiff and Defendant arise in admiralty.

11.     For the forgoing reasons, removal of the State Court Action to this Court is proper pursuant to U.S. Const. Art. III, § 2, cl. 1, 28 U.S.C. § 1333 and 28 U.S.C. § 1441(a).

WHEREFORE, Defendant hereby removes this case from the Circuit Court of the Fifth Circuit, State of Hawaiʻi, to the U.S. District Court for the District of Hawaiʻi.

DATED:  Honolulu, Hawaiʻi, July 19, 2022.

    /s/ Randall K. Schmitt
RANDALL K. SCHMITT
MICHAEL H. TSUCHIDA
Attorneys for Defendant
OUTFITTERS KAUAI, LTD.